UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MARION RICE,                                Court File No.: CV 07-1986 DWF/AJB

      Plaintiff,

v.                                            **STIPULATION OF DISMISSAL**
                                                                **WITH PREJUDICE**

FINANCIAL ASSET MANAGEMENT
SYSTEMS, INC., and HEATHER DOE,
individually,

      Defendants.

---

      The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore,

      IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

      IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs or disbursements to any of the parties, may be entered herein.

| **CONSUMER JUSTICE CENTER, P.A.** | **ERSTAD & RIEMER, P.A.** |
|---|---|
| By s/ Thomas J. Lyons, Jr. | By s/ Carol L. Casey |
| Thomas J. Lyons, Jr., #0249646 | Carol L. Casey, #0273442 |
| Attorney for Plaintiff | Attorney for Defendants |
| 367 Commerce Court | 8009 34th Avenue South, Suite 200 |
| Vadnais Heights, MN 55127 | Minneapolis, MN 55425 |
| (651) 770-9707 | (952) 896-3700 |
| Dated: 7/30/07 | Dated: 8/20/07 |