## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marion Rice,                                              Civil No. 07-1986 (DWF/AJB)

          Plaintiff,

v.                                                        **ORDER FOR DISMISSAL**
                                                                                                    **WITH PREJUDICE**

Financial Asset Management Systems, Inc.,
and Heather Doe, individually,

          Defendants.

---

Thomas J. Lyons, Jr., Esq., Consumer Justice Center, PA, counsel for Plaintiff.

Patrick D. Reilly, Esq., and Carol L. Casey, Esq., Erstad & Riemer, PA, counsel for Defendants.

---

      Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 7),

      **IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and on its merits and without costs or disbursements to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  August 29, 2007        <u>s/Donovan W. Frank</u>
                                          DONOVAN W. FRANK
                                          Judge of United States District Court