AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Marion Rice

V.

Financial Asset Management Systems, Inc.,
Heather Doe

**JUDGMENT IN A CIVIL CASE**

Case Number:  07-cv-1986 DWF/AJB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that the above-entitled action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and on its merits and without costs or disbursements to any party.

|  |  |
|---|---|
| August 29, 2007 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/Janet Midtbo |
| (By) | Janet Midtbo,   Deputy Clerk |

Form Modified:  09/16/04